United States District Court
Southern District of Texas
**ENTERED**
October 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **EDWARD THOMAS HERNANDEZ,** | § § § § | |
| **Plaintiff,** | | |
| VS. | § § § § § § | CIVIL ACTION NO. 5:23-CV-00027 |
| **JAMES ROBERT LISTER,** *et al.*, | | |
| **Defendants.** | | |

## ORDER

Plaintiff Edward Thomas Hernandez filed a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which the Court construes as a self-effectuating joint stipulation of dismissal. (Dkt. 10.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation is signed by counsel for all Parties and notifies the Court that the case has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this October 11, 2023.

Diana Saldaña
United States District Judge